**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 09-cv-00779-PAB-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   May 12, 2009** | **Courtroom Deputy:**   Linda Kahoe |

U.S. BANK, N.A.,                                                           Phil Vaglica

      Plaintiff,

      v.

KIMBERLY M. MAYHEW,
DOUGLAS A. MAYHEW,                                           *Pro se*
*et al.*,

      Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTION HEARING**
**Court in session:       8:37 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding Plaintiff's Motion for Partial Stay of Proceedings (doc #10, filed 5/5/2009) and Defendant's Verified Response(doc #12, filed 5/7/2009).

Mr. Mayhew disagrees with the reasons set forth in the Motion for Partial Stay.

Discussion regarding relationship of claims between 09-cv-00779 and 09-cv-00219.

For the reasons stated on the record, it is:

**ORDERED:**         **A further TELEPHONIC STATUS CONFERENCE is set for 6/19/2009 at 9:00 a.m.  Plaintiff's counsel shall coordinate the conference call before contacting the court at the scheduled time (303.844.2117).**

**ORDERED:**         **Plaintiff's Motion for Partial Stay of Proceedings (doc #10, filed 5/5/2009) is GRANTED up to and including 6/19/2009 when the court will consider the status of the case and any need for further stay.**

**ORDERED:**        Mr. Mayhew shall serve a copy of this Minute Order on each of the third parties.

HEARING CONCLUDED.

**Court in recess**:    **9:04 a.m.**
Total time in court:    00:27

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.